Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Oregon

ANThony Kraus Swift
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Multnomah County Sheriffs
Office Portland Police Department
Gang Task Force Officer Whelan
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. __3:20-cv-00363-SB__
(to be filled in by the Clerk's Office)

## AMENDED COMPLAINT FOR VIOLATION OF
## CIVIL RIGHTS (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
   Name: ANThONY KRONSSWIFT
   All other names by which you have been known:
   ID Number:
   Current Institution: MULTNOMAH COUNTY JAIL MCDC
   Address: 1120 SW 3RD DR 97204
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: PORTLAND POLICE DEPARTMENT GANG TASK FORCE
   Job or Title (if known):
   Shield Number:
   Employer:
   Address: 1120 SW 3RD P.O. 97204
   City / State / Zip Code
   [ ] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: MULTNOMAH COUNTY SHERIFF MICHEAL REESE
   Job or Title (if known):
   Shield Number:
   Employer:
   Address: 1120 SW 3RD DR PORTLAND 97204
   City / State / Zip Code
   [ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: OFFICER WHELDON
Job or Title (if known): GANG TASK FORCE
Shield Number:
Employer: PORTLAND POLICE OFFICER
Address: MULTNOMAH COUNTY SHERIFF
1120 SW 3RD AVE, 97204
City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th and 8th Amendment Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Portland Police Department Represented by Officer Wheldon of gang task force violated my 4th And 5th Amendments by detaining me searching me And taking me into custody for 3 days without a warrent, without a crime comitted by me

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I hadn't comitted any crime, I did not have any warrents I wasn't breaking the law and on 99th And Powell I was detained taken into custody and held from 12-31-19 to 1-2-3-19

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

NA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

12-21-19 To 12-23-19 Around 5pm

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officer Wheldon from "GangTaskForce" Arrested me And Detained me illegaly from 12-21-19 To 12-23-19 To Question me. I HAD NO warrents I DIDNT comitt any crimes And I wasnt charged with any crimes

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My 1978 Chevey #10,000 All of my clothes #2500 my Bycicles x 2 #1,000 All of my Tools For HVAC $7,500.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☐ Do not know

NA

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

NA

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?



2. What did you claim in your grievance?

N/A

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

- F. If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here:

    2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    [crossed out / N/A]

- G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☐ No

I'M NOT SURE UNDER WHAT PREMISE THE SUIT I FILED IN 1995 CONCLUDED

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

REGARDING YOUR QUESTION

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   STACI

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) **Anthony Kronus Swift**
   Defendant(s) **Story County Jail**

2. Court *(if federal court, name the district; if state court, name the county and State)*

   **It was in Iowa Ames Story county**

3. Docket or index number
   **I cant remember**

4. Name of Judge assigned to your case
   **I cant remember**

5. Approximate date of filing lawsuit
   **1995**

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition **1997 maybe**

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   **Appealed**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-5-20

Signature of Plaintiff: *Anthony Swift*
Printed Name of Plaintiff: ANThONy SwiFT
Prison Identification #: 62233
Prison Address: 1120 SW 3RD PORTLAND OREGON 97204

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Multnomah County Sheriff's Office

# SERVICE REQUEST FORM

| NAME: Anthony Swift | SWIS#: G2233 | HOUSING UNIT: 4-C-5 | DATE: 4-27-20 |

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While reponses are not requried, staff will address concerns noted in an appropriate manner.

**MARK THE APPROPRIATE BOX (CHECK ONLY ONE)**

- [ ] ADA COORDINATOR
- [ ] CHAPLAIN
- [ ] CLASSIFICATION
- [ ] COMMISSARY
- [ ] COUNSELOR _____
- [ ] EDUCATION
- [ ] FACILITY COMMANDER
- [ ] FOOD SERVICES
- [ ] INMATE MAIL
- [ ] INMATE PHONE/KIOSK
- [ ] JAIL DETECTIVE
- [ ] LAW LIBRARY
- [ ] PROPERTY
- [ ] PAROLE/PROBATION OFFICER _____
- [x] RECORDS
- [ ] SERGEANT _____
- [ ] SHIFT LT _____
- [ ] VISITING
- [ ] OTHER _____

**USE ONLY ONE FORM PER REQUEST**
*(Be specific and provide only information relating to your request)*

MAY I please HAVE A copie of my DATE I WAS ARRested IN December 2019 I think it WAS From The 21st OF DEC UNtil the 23rd of Dec 2019. pLeAse Thank you. my pAperwork got wet.

**STAFF USE ONLY**

Date Received: 04/28/2020   Date Responded: 04/28/2020   Responded By: BP   DPSST#: 17889

Arrest date was 12-21-19 released 12-23-19

PS-611 REV 6/19

Oficina Del Sheriff Del Condado De Multnomah

# FORMA DE PETICION DE SERVICIO

| NOMBRE: | SWIS#: | DORMITORIO: | FECHA: |

Antes de completar este formulario, refiérase al MCSO Manual de Presos en las Peguntas Frecuentes, que se encuentra en su dormitorio, para obtener más información relacionada con su solicitud. No espere una respuesta personal, le aseguremos que su petición será tratada apropiadamente por el personaje a cargo.

### MARQUE LA CAJA APROPIADA (MARQUE UNA)

- ☐ ARCHIVOS
- ☐ BIBLIOTECA DE LEYES
- ☐ CAPELLAN
- ☐ CLASIFICACION
- ☐ COMANDANTE DEL COMPLEJO
- ☐ TIENDA
- ☐ COORINADOR DE LA LEY DE AMERICANOS DISCAPACITADOS
- ☐ CONSEJERO _____
- ☐ CORREO DE PRESO
- ☐ DETECTIVE DE LA CARCEL
- ☐ EDUCACION
- ☐ PROPIEDAD
- ☐ SARGENTO _____
- ☐ AGENTE DE LIBERTAD CONDICIONAL _____
- ☐ SERVICIO DE ALIMENTOS
- ☐ TELEFONO/QUIOSCO
- ☐ TENIENTE _____
- ☐ VISITA
- ☐ OTRA _____

### USE UN FORMULARIO POR CADA NECESIDAD
*(Sea especifico con su petición)*

_____
_____
_____
_____
_____
_____
_____
_____
_____

### PARA USO OFICIAL

Date Received: _____  Date Responded: _____  Responded By: _____  DPSST# _____

PS-611 REV 6/19



| Rec'd/ Distributed | Initial Processing | Reviewed | Initial Time Calc | Review Time Calc |
|---|---|---|---|---|
| | | | | |

MCSO CORR RECORDS
APR 28 '20 AM 10:37

CASE NO 3:20-CV-00363-SB / May 3rd 2020 / SUN 8:00 P.M.

It is a fact, that the Gang task Force / Portland Police are diligently trained to a standard. It is a fact, that MR Wheldon forgot that precise standard on 12-21-19 when he detained and arrested MR Swift on 99th And Powell at approximately 5:00 pm by him self. Then when Backup arrived MR Wheldon took MR Swift into Custody, where MR Swift was questioned and physically swabbed for evidence Then after three days was Released on 12-23-19 MR Swift had no warrents for his arrest And wasn't arrested for a crime whatsoever. The Fact that Gang task Force Illegaly detained/Arrested MR Swift And Held Him For three Days Doesn't meet

CASE NO 3:20-CV-00363-SB

THE STANDARD OF THE TRAINING FOR THE PORTLAND POLICE DEPARTMENT. THEREFORE THE FACT REMAINS THAT MR SWIFT WAS KIDNAPPED AND HELD IN CUSTODY AGAINST ALL TRAINING PROCEDURE RULES OF CONDUCT. MR SWIFT LOST HIS TRUCK AND EVERYTHING IN IT DUE TO THE LACK OF PERSONAL TRAINING. THIS CLAIM HAS ENOUGH EFFECT TO SIGNIFICANTLY GAIN THE COURTS INTEREST WITH THE IMPACT OF MR SWIFTS LOSS OF POSSESSIONS AND MR SWIFTS RIGHT TO INTERACTIONS WITH PORTLAND POLICE WHO HAVE BEEN TRAINED PROFESSIONALLY WHICH THE OFFICERS INVOLVED IN TAKING HIM INTO CUSTODY AND DETAINING HIM FROM 12-21-19 TO 12-23-19 WERE OBVIOUSLY NOT. FALSE ARREST IS THE CLAIM. 4TH AND 5TH AMENDMENTS